**EXHIBIT "A"**

# MASTER CONTRACT

between

## UNITED STATES MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO
(For and on Behalf of Itself and Each of Its Affiliated Districts and Locals Representing Longshoremen, Clerks, Checkers and Maintenance Employees Working On Ships and Terminals in Ports on the East and Gulf Coasts of the United States)

Effective October 1, 2004 For The Six-Year Term Expiring on September 30, 2010



port area, the ILA shall retain its work jurisdiction where the work is the work that would have been performed in the marine terminal or port area.

**Section 9. Work Opportunities.**
The parties agree that any chance of reacquiring the work of stuffing and stripping containers requires a dedicated work force of trained, productive workers hired at compensation commensurate with the local competition and without any restrictive rules. The parties should examine into this subject and all of its conditions.

**Section 10. Space Charters.**
The ILA has the same jurisdiction over a signatory space chartered vessel as it has over any vessel operated by a USMX member or by a signatory to this Master Contract. Vessels and containers owned or leased by USMX members or by signatories to this Master Contract shall be subject to ILA jurisdiction in each and every port where their vessels may call from Maine to Texas not only on signatory ships but also on non-signatory ships on which their containers may be carried. Containers of non-signatory carriers carried on signatory ships also shall be subject to ILA jurisdiction.

# ARTICLE VIII
# ILA JURISDICTION OVER CLERICAL WORK

**Section 1. Clerical Work.**
Clerks shall perform all clerical work on container waterfront facilities <u>which traditionally and regularly has been performed by them,</u> including but not limited to work related to the receipt and delivery of cargo, hatchchecking, prestow, hatch sequence sheet, plan clerking, recording of receipt and delivery of containers received or delivered at waterfront facilities, timekeeping, location and yard work, and demurrage recording, which work shall not be removed from the waterfront facility. The input and output of information by computers related to the foregoing work functions shall also be performed by Checkers and Clerks.

11

Checkers and Clerks. Management and the ILA agree that they will develop a methodology to confirm who is performing computer input work that falls within the ILA's jurisdiction. Both Management and the ILA agree that the methodology will vary from one terminal to another because of the different computer systems utilized in various ports and terminals.

(b) **Hatchchecking** shall mean the checking, tallying, verification and recording of all containers and/or cargo loaded, discharged or restowed to/from a vessel or barge at a container terminal operated and controlled by a USMX member company.

(c) **Prestow and Plan Clerking** shall mean the making of sequence sheets and/or the making of a prestow plan that would be used in loading and discharging vessels and barges in accordance with Management instructions. Such work shall include but not be limited to all work relating to the bay plan. The use of a computer in the performance of the above function falls within the ILA's jurisdiction.

(d) **Timekeeping** shall mean the timekeeper's duties and functions, which shall include, at the discretion of Management, but not be limited to, keeping longshore time and the preparation of time sheets and payroll information. If a computer is used to perform this function, this will fall under the ILA's jurisdiction.

(e) **Location and Yard Work** shall mean the identification, location and control of all containers, chassis, and/or cargo to be loaded, discharged or restowed to or from the vessel or barge. Necessary paperwork and computer utilization required to perform these clerical functions, as required by Management's direction and planning, shall fall within the ILA's jurisdiction.

(f) **Demurrage Recording** shall mean the preparation, computation, and checking of container demurrage receipts.

13

except for those brand-name drugs for which there is no comparable generic substitute as determined by the MILA trustees. This deductible replaces the $500 pharmacy deductible that is currently in place in the MILA plan.

**Section 7.** **Creation of Core Plan.**
The MILA trustees shall place in effect by January 1, 2006, MILA's Core Plan, which shall provide lesser benefits than those provided by MILA's Basic Plan.

# ARTICLE XIII
# GRIEVANCE PROCEDURE

**Section 1.** **Local Level.**
All disputes under this Master Contract involving containerization and ro-ro, including interpretations of this Master Contract, shall be heard initially by the Local Industry Grievance Committee ("LIGC"), which shall consist of the following: three (3) Management representatives (a representative of USMX; a representative of the local port association where the dispute arose; and a local stevedore or terminal operator) and three (3) representatives appointed by the ILA. Requests for interpretations may be brought at any time. The LIGC shall reach a decision within ten (10) days after either a charge has been filed of an alleged violation or a request filed seeking an interpretation.

**Section 2.** **Appellate Level.**
Where there is a failure to render a decision on the local level or where a party desires to appeal any decision rendered on the local level, such cases may be referred to the Industry Appellate Committee ("IAC").

**Section 3.** **Appeals From a Decision of the LIGC.**
Appeals from a decision of the LIGC must be taken within twenty (20) days after a decision has been reached and the parties notified or within twenty (20) days from the deadline referred to in Section 1 of this Article XIII for the LIGC to reach a decision.

(g) The Co-Chairmen and the IAC shall have full power and jurisdiction to enforce and interpret the provisions of this Article XIV.

## ARTICLE XV
## NO-STRIKE CLAUSE

**Section 1.    No Strikes or Lockouts.**
During the life of this Master Contract, Management agrees that there shall be no lockouts or work stoppages by the employers, but this shall not be construed to mean a lay-off of employees due to business conditions, and the ILA agrees that there shall be no strikes or work stoppages by the employees, except as permitted in the Containerization Agreement and in Article XIII, Section 6(g) of this Master Contract.

**Section 2.    Bona Fide Picket Line.**
The right of employees not to cross a bona fide picket line is recognized by Management.

## ARTICLE XVI
## TERM OF AGREEMENT

The term of this Master Contract shall be for six (6) years, from October 1, 2004, through and including September 30, 2010.

## ARTICLE XVII
## SUBSCRIPTION AND SIGNATORIES

**Section 1.    Refusal to Work.**
If any carriers do not subscribe to this Master Contract, the ILA shall have the right not to work on the loading and discharging of their ships or any work ancillary thereto.

**Section 2.    Non-Subscribers.**
If any employers of employees covered by this Master Contract do not so subscribe, the ILA shall have the right not to engage in any